Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Hannah D. Nelson
Assistant Federal Public Defender
Nevada State Bar No. 15972
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Hannah_Nelson@fd.org

*Attorney for Petitioner Eduar Oscar Carvajal Almira

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Eduar Oscar Carvajal Almira[1],

        Petitioner,

    v.

Todd Blanche, *et al.*,

        Respondents.

Case 2:26-cv-01059-GMN-NJK

**Stipulation and Order for Extension of Time**

    Petitioner Eduar Oscar Carvajal Almira and Respondents Todd Blanche, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until **May 15, 2026**, to file an amended petition for writ of habeas corpus. The amended petition is currently due April 17, 2026. This is the first stipulation for an extension of time for Petitioner to file an amended petition.

    On April 16, 2026, counsel for Petitioner conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros, to inform him of counsel's understanding that Mr. Almira recently retained an immigration lawyer who filed a bond motion on his behalf, and that Mr. Almira has a bond hearing

---

[1] The docket incorrectly lists Mr. Eduar Oscar Carvajal Almira's first name as "Edgar."

scheduled for April 27, 2026, at 8:00am. To allow the immigration process to take place and, if necessary, to meet with the client after the hearing and gather any necessary documents, undersigned counsel requested the additional time. Mr. Botros agreed to this extension for that purpose.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition to May 15, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 17th day of April, 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States
Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Tamer Botros*
Tamer Botros
Assistant United States Attorney

*/s/ Hannah D. Nelson*
Hannah D. Nelson
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____April 17, 2026_____

2